HOLT v. FOOD LION, INC.

No. 237P00

Case below: 136 N.C.App. 167

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

IN RE PRICE

No. 197P00

Case below: 137 N.C.App. 587

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

JACOBS v. CITY OF ASHEVILLE

No. 227P00

Case below: 137 N.C.App. 441

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 24 August 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

LEXINGTON STATE BANK v. MILLER

No. 245P00

Case below: 137 N.C.App. 748

Petition by defendants (Peggy Miller, Individually and Executrix of the Estate of Larry Eugene Miller, Sr., and Miller Dodge, Inc., formerly Welborn Motors, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

LONDON v. SNAK TIME CATERING, INC.

No. 320P00

Case below: 136 N.C.App. 473

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.